| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877) |
|   | pmiller@sjlawcorp.com |
| 2 | ANNE M. BEVINGTON (SBN 111320) |
|   | abevington@sjlawcorp.com |
| 3 | KIMBERLY A. HANCOCK (SBN 205567) |
|   | khancock@sjlawcorp.com |
| 4 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 5 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 6 | (415) 882-9287 – Facsimile |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, DAVID STILWELL, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, | CASE NO.: C 12-5232 WHA |
| Plaintiffs, | STIPULATION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT DCSS INVESTMENTS, INC., ONLY; [~~PROPOSED~~] ORDER |
| vs. | |
| PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL MANAGEMENT SERVICES/JMS, a Delaware limited liability company; JMS BUILDING SOLUTIONS, LLC, a Delaware limited liability company; and DCSS INVESTMENTS, INC., a California corporation, fka PACIFIC MAINTENANCE SERVICES, INC., aka PACIFIC BUILDING MAINTENANCE, INC., | |
| Defendants. | |

Plaintiffs and Defendant DCSS INVESTMENTS, INC., fka PACIFIC MAINTENANCE SERVICES, INC., aka PACIFIC BUILDING MAINTENANCE, INC., ("DCSS"), having reached a settlement, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiffs' Complaint as to Defendant DCSS only be dismissed with prejudice, the stipulating parties to bear their own attorneys' fees and costs.

- 1 -

STIPULATION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT DCSS ONLY; [~~PROPOSED~~] ORDER; CASE NO. CV 12-5232 WHA

ATTESTATION REGARDING SIGNATURES

I, Anne M. Bevington, declare under penalty of perjury that I have obtained concurrence in the filing of this document from Andrew Ross, attorney of record for defendant DCSS, who agreed that the document may be filed with his electronic signature.

Dated: March 15, 2013

SALTZMAN & JOHNSON LAW CORPORATION

By: /S/ Anne M. Bevington
Anne M. Bevington
Attorneys for Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.

Dated: March 15, 2013

VARNER & BRANDT LLP

By: /S/Andrew Ross
Andrew Ross
Attorneys for Defendant DCSS INVESTMENTS, INC., fka PACIFIC MAINTENANCE SERVICES, INC., aka PACIFIC BUILDING MAINTENANCE, INC.

IT IS SO ORDERED.

Dated: March 19, 2013

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

- 2 - STIPULATION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT DCSS ONLY; [PROPOSED] ORDER; CASE NO. CV 12-5232 WHA

P:\CLIENTS\CSEHT\Cases\PACIFIC MAINT-JMS\PLEADINGS\DCSS Dismissal\031513 Stipulation for Voluntary Dismissal.doc