1  PHILIP M. MILLER (SBN 87877)
   pmiller@sjlawcorp.com
2  ANNE M. BEVINGTON (SBN 111320)
   abevington@sjlawcorp.com
3  KIMBERLY A. HANCOCK (SBN 205567)
   khancock@sjlawcorp.com
4  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
5  San Francisco, CA 94104
   (415) 882-7900
6  (415) 882-9287 – Facsimile

7  Attorneys for Plaintiffs

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              (SAN FRANCISCO DIVISION)

11 | CALIFORNIA SERVICE EMPLOYEES
   | HEALTH & WELFARE TRUST FUND, MIKE                  CASE NO.: C 12-5232 WHA
12 | GARCIA, Trustee, CHARLES GILCHRIST,
   | Trustee, DAVID STILWELL, Trustee,
13 | RAYMOND C. NANN, Trustee, and LARRY T.             STIPULATION FOR VOLUNTARY
   | SMITH, Trustee,                                    DISMISSAL AS TO DEFENDANT
14 |                                                    DCSS INVESTMENTS, INC., ONLY;
   |         Plaintiffs,                                [~~PROPOSED~~] ORDER
15 | vs.

16 | PARAMOUNT BUILDING SOLUTIONS,
   | LLC, aka JANITORIAL MANAGEMENT
17 | SERVICES/JMS, a Delaware limited liability
   | company; JMS BUILDING SOLUTIONS, LLC,
18 | a Delaware limited liability company; and DCSS
   | INVESTMENTS, INC., a California
19 | corporation, fka PACIFIC MAINTENANCE
   | SERVICES, INC., aka PACIFIC BUILDING
20 | MAINTENANCE, INC.,

21 |         Defendants.

22

23        Plaintiffs and Defendant DCSS INVESTMENTS, INC., fka PACIFIC MAINTENANCE

24 SERVICES, INC., aka PACIFIC BUILDING MAINTENANCE, INC., ("DCSS"), having reached

25 a settlement, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

26 Procedure that Plaintiffs' Complaint as to Defendant DCSS only be dismissed with prejudice, the

27 stipulating parties to bear their own attorneys' fees and costs.

28                                    - 1 -    STIPULATION FOR VOLUNTARY DISMISSAL
                                               AS TO DEFENDANT DCSS ONLY; [~~PROPOSED~~]
                                               ORDER; CASE NO. CV 12-5232 WHA

ATTESTATION REGARDING SIGNATURES

I, Anne M. Bevington, declare under penalty of perjury that I have obtained concurrence in the filing of this document from Andrew Ross, attorney of record for defendant DCSS, who agreed that the document may be filed with his electronic signature.

Dated:  March 15, 2013

SALTZMAN & JOHNSON LAW CORPORATION

By:  /S/ Anne M. Bevington
Anne M. Bevington
Attorneys for Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.

Dated:  March 15, 2013

VARNER & BRANDT LLP

By:  /S/Andrew Ross
Andrew Ross
Attorneys for Defendant DCSS INVESTMENTS, INC., fka PACIFIC MAINTENANCE SERVICES, INC., aka PACIFIC BUILDING MAINTENANCE, INC.

IT IS SO ORDERED.

Dated:  March 19, 2013

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

- 2 -   STIPULATION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT DCSS ONLY; [PROPOSED] ORDER; CASE NO. CV 12-5232 WHA