| | |
|---|---|
| PHILIP M. MILLER (SBN 87877) | |
| pmiller@sjlawcorp.com | |
| ANNE M. BEVINGTON (SBN 111320) | |
| abevington@sjlawcorp.com | |
| KIMBERLY A. HANCOCK (SBN 205567) | |
| khancock@sjlawcorp.com | |
| SALTZMAN & JOHNSON LAW CORPORATION | |
| 44 Montgomery Street, Suite 2110 | |
| San Francisco, CA 94104 | |
| (415) 882-7900 | |
| (415) 882-9287–Facsimile | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, DAVID STILWELL, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee,<br><br>    Plaintiffs,<br><br>vs.<br><br>PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL MANAGEMENT SERVICES/JMS, a Delaware limited liability company; JMS BUILDING SOLUTIONS, LLC, a Delaware limited liability company; and DCSS INVESTMENTS, INC., a California corporation, fka PACIFIC MAINTENANCE SERVICES, INC., aka PACIFIC BUILDING MAINTENANCE, INC.,<br><br>    Defendants. | **CASE NO.: C 12 5232 WHA**<br><br>**STIPULATION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT;<br>(~~PROPOSED~~) ORDER** |

California Service Employees Health & Welfare Trust Fund, Mike Garcia, Charles Gilchrist, David Stilwell, Raymond C. Nann and Larry T. Smith, as Plaintiffs, and Paramount Building Solutions, LLC and JMS Building Solutions, LLC (collectively "JMS/Paramount"), as Defendants, are all of the parties to this action, the remaining defendants having been dismissed pursuant to a settlement. The parties hereby stipulate and jointly request that the Court enter an order as follows:

1. That Plaintiffs be granted leave to file a First Amended Complaint for the purpose of removing the now-settled claim against former defendant DCSS and JMS/Paramount as successor for amounts owing by DCSS, and adding the amounts claimed against JMS/Paramount pursuant to the audit requested in the complaint and subsequently conducted;

2. That the First Amended Complaint be filed within five days after the Court enters an order approving this stipulation; and

3. That defendants have 21 days after the filing and ECF service of the First Amended Complaint within which to file their response.

4. The parties further stipulate that, should the Court deny leave to amend, defendants shall respond to the original complaint within 10 days after the Court enters an order denying leave to amend.

### ATTESTATION RE SIGNATURES

I, Anne M. Bevington, declare under penalty of perjury that I have obtained concurrence in the filing of this document from Jonathan M. Brenner, attorney of record for the defendants, who agreed that the document may be filed with his electronic signature.

Dated:  March 28, 2013              SALTZMAN & JOHNSON LAW CORPORATION


                                    By:  _____/S/ Anne M. Bevington_____
                                         Anne M. Bevington
                                         Attorneys for Plaintiffs

Dated:  March 28, 2013              SIDLEY AUSTIN LLP


                                    By:  _____/S/ Jonathan M. Brenner_____
                                         Jonathan M. Brenner
                                         Attorneys for Defendants
                                         PARAMOUNT BUILDING SOLUTIONS, LLC
                                         and JMS BUILDING SOLUTIONS, LLC

ORDER ON FOLLOWING PAGE

- 2 -
STIPULATION TO FILE FIRST AMENDED COMPLAINT;
(PROPOSED) ORDER [CASE NO. C 12 5232 WHA]

P:\CLIENTS\CSEHT\Cases\PACIFIC MAINT-JMS\PLEADINGS\First Amended Complaint\032813 JMS Stip and Order re First Amended Complaint.doc

**1**                                                 **ORDER**

**2**      Pursuant to the above stipulation, the Court grants plaintiffs leave to file a First Amended

**3** Complaint within five days after entry of this order. Defendants shall respond to the First

**4** Amended Complaint within 21 days of filing and ECF service.

**5** Dated:   March 29, 2013.

                                                             WILLIAM ALSUP
                                                             UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION TO FILE FIRST AMENDED COMPLAINT;
(PROPOSED) ORDER [CASE NO. C 12 5232 WHA]

P:\CLIENTS\CSEHT\Cases\PACIFIC MAINT-JMS\PLEADINGS\First Amended Complaint\032813 JMS Stip and Order re First Amended Complaint.doc