1 | PHILIP M. MILLER (SBN 87877)
pmiller@sjlawcorp.com
2 | ANNE M. BEVINGTON (SBN 111320)
abevington@sjlawcorp.com
3 | KIMBERLY A. HANCOCK (SBN 205567)
khancock@sjlawcorp.com
4 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
5 | San Francisco, CA 94104
(415) 882-7900
6 | (415) 882-9287 – Facsimile

7 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, DAVID STILWELL, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, | **CASE NO.: CV 12-5232 WHA** |
|---|---|
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL AS TO DEFENDANTS PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL MANAGEMENT SERVICES/JMS AND JMS BUILDING SOLUTIONS, LLC; [~~PROPOSED~~] ORDER THEREON** |
| vs. | |
| PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL MANAGEMENT SERVICES/JMS, a Delaware limited liability company; JMS BUILDING SOLUTIONS, LLC, a Delaware limited liability company; and DCSS INVESTMENTS, INC., a California corporation, fka PACIFIC MAINTENANCE SERVICES, INC., aka PACIFIC BUILDING MAINTENANCE, INC., | |
| Defendants. | |

The parties to this action, having reached a settlement, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiffs' Complaint and action as to Defendants PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL MANAGEMENT SERVICES/JMS and JMS BUILDING SOLUTIONS, LLC, be dismissed in its entirety with prejudice, all parties to bear their own attorneys' fees and costs.

- 1 -    STIPULATION FOR VOLUNTARY DISMISSAL; CASE NO. CV 12-5232 WHA

Plaintiffs' counsel and filing attorney, Anne M. Bevington, attests pursuant to Local Rule 5(i)(3) that concurrence in filing this document was obtained from Jonathan M. Brenner, Esq. of Sidley Austin LLP, counsel for Defendant.

Dated:  June 13, 2013

SALTZMAN & JOHNSON LAW CORPORATION

By:  /S/  Anne M. Bevington
Anne M. Bevington
Attorneys for Plaintiffs

Dated:  June 13, 2013

SIDLEY AUSTIN LLP

By:  /S/ Jonathan M. Brenner
Jonathan M. Brenner
Attorneys for Defendants
PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL MANAGEMENT SERVICES/JMS and JMS BUILDING SOLUTIONS, LLC

IT IS SO ORDERED.

Dated:  __June 17__, 2013       _____
WILLIAM H. ALSUP
United States District Judge

- 2 -    STIPULATION FOR VOLUNTARY DISMISSAL; CASE NO. CV 12-5232 WHA

P:\CLIENTS\CSEHT\Cases\PACIFIC MAINT-JMS\PLEADINGS\Stipulation for Dismissal\061313 JMS Stipulation for Dismissal.doc