1  PHILIP M. MILLER (SBN 87877)
   pmiller@sjlawcorp.com
2  ANNE M. BEVINGTON (SBN 111320)
   abevington@sjlawcorp.com
3  KIMBERLY A. HANCOCK (SBN 205567)
   khancock@sjlawcorp.com
4  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
5  San Francisco, CA 94104
   (415) 882-7900
6  (415) 882-9287 – Facsimile

7  Attorneys for Plaintiffs

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   (SAN FRANCISCO DIVISION)

| 11-22 | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, DAVID STILWELL, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL MANAGEMENT SERVICES/JMS, a Delaware limited liability company; JMS BUILDING SOLUTIONS, LLC, a Delaware limited liability company; and DCSS INVESTMENTS, INC., a California corporation, fka PACIFIC MAINTENANCE SERVICES, INC., aka PACIFIC BUILDING MAINTENANCE, INC.,<br><br>Defendants. | **CASE NO.: CV 12-5232 WHA**<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AS TO DEFENDANTS PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL MANAGEMENT SERVICES/JMS AND JMS BUILDING SOLUTIONS, LLC; [~~PROPOSED~~] ORDER THEREON** |

23   The parties to this action, having reached a settlement, hereby stipulate pursuant to Rule

24  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiffs' Complaint and action as to

25  Defendants PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL

26  MANAGEMENT SERVICES/JMS and JMS BUILDING SOLUTIONS, LLC, be dismissed in its

27  entirety with prejudice, all parties to bear their own attorneys' fees and costs.

28

- 1 -   STIPULATION FOR VOLUNTARY DISMISSAL; CASE NO. CV 12-5232 WHA

P:\CLIENTS\CSEHT\Cases\PACIFIC MAINT-JMS\PLEADINGS\Stipulation for Dismissal\061313 JMS Stipulation for Dismissal.doc

Plaintiffs' counsel and filing attorney, Anne M. Bevington, attests pursuant to Local Rule 5(i)(3) that concurrence in filing this document was obtained from Jonathan M. Brenner, Esq. of Sidley Austin LLP, counsel for Defendant.

Dated: June 13, 2013     SALTZMAN & JOHNSON LAW CORPORATION

By: /S/ Anne M. Bevington
Anne M. Bevington
Attorneys for Plaintiffs

Dated: June 13, 2013     SIDLEY AUSTIN LLP

By: /S/ Jonathan M. Brenner
Jonathan M. Brenner
Attorneys for Defendants
PARAMOUNT BUILDING SOLUTIONS, LLC, aka JANITORIAL MANAGEMENT SERVICES/JMS and JMS BUILDING SOLUTIONS, LLC

IT IS SO ORDERED.

Dated: __June 17__, 2013     _____
WILLIAM H. ALSUP
United States District Judge